COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Miguel E. Feraudy. v. The State of Texas

Appellate case number:     01-17-00078-CR

Trial court case number:    1512124

Trial court:                178th District Court of Harris County

On March 9, 2017, we abated this appeal and remanded the case to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue his appeal; and if so, whether retained counsel, Antonio Benavides, should be permitted to withdraw, appellant had retained new appellate counsel, or counsel should be appointed to represent appellant on appeal. We further directed the trial court to execute an amended certification of appellant's right to appeal indicating whether he has the right to appeal.

The court reporter has filed a reporter's record of the April 6, 2017 abatement hearing at which appellant appeared with counsel. The reporter's record includes the trial court's findings that appellant wishes to pursue his appeal, Antonio Benavides is allowed to withdraw, and appellant has retained new counsel, Ralph Martinez, who "is now properly attached to [appellant's] case." The trial court granted Benavides's motion to withdraw. The trial court also "attach[ed] the 1512124 certification right of appeal, and accept[ed] it as true," with "the fact it is a plea bargain case," and appellant "[has] no right of appeal."

Accordingly, we **reinstate** this case on the Court's active docket.

On February 9, 2017, Antonio Benavides filed in this Court his motion to withdraw as appellant's counsel on appeal. The motion is **granted.** The Clerk of this Court is directed to note Antonio Benavides's withdrawal as appellant's counsel and substitute Ralph Martinez as retained counsel for appellant on the docket of this Court. *See* TEX. R. APP. P. 6.3, 6.5.

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                ☑ Acting individually

Date: May 2, 2017